**Opinion filed November 14, 2014**



**In The**

# Eleventh Court of Appeals

_____

**No. 11-14-00281-CV**

_____

**CHAD DODSON ROOFING, LLC, Appellant**

**V.**

**PAULA (COOTS) GUTIERREZ, Appellee**

**On Appeal from the County Court at Law**

**Taylor County, Texas**

**Trial Court Cause No. 22,574**

**M E M O R A N D U M   O P I N I O N**

Appellant, Chad Dodson Roofing, LLC, filed a notice of appeal in this cause from a default judgment. Upon docketing this case, we issued a letter dated October 21, 2014, in which we notified Appellant that the motion for new trial appeared to be untimely filed, which also made the notice of appeal late. *See* TEX. R. APP. P. 26.1(a); TEX. R. CIV. P. 329b(a). In the letter, we requested that Appellant file a response on or before October 31, 2014, regarding the late filing of

the motion for new trial. We also informed Appellant that this appeal would be subject to dismissal absent an appropriate response. *See* TEX. R. APP. P. 42.3. Appellant has not filed any response to our letter. Consequently, we dismiss the appeal pursuant to TEX. R. APP. P. 42.3.

This appeal is dismissed.

PER CURIAM

November 14, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2